

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2014

No. 04-14-00687-CV

Rudy **NEIRA**,
Appellant

v.

Sheryl **SCULLY** and Richard Hovenden,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05034
John D. Gabriel Jr., Judge Presiding

# O R D E R

The Appellant's Request for Extension of Time to File Response is GRANTED. The appellant's response is due on December 31, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2014.

_____
Keith E. Hottle
Clerk of Court